UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KATIE A. IRVING,

       Plaintiff,

v.                                                   Case No. 18-cv-162-pp

COUNTY OF KENOSHA,
DAVID G. BETH,
JONATHAN M. KWIATKOWSKI,
WISCONSIN MUNICIPAL INSURANCE COMPANY,
and JOHN AND JANE DOE,

       Defendants.

---

## ORDER APPROVING STIPULATION FOR DISMISSAL (DKT. NO. 25) AND DISMISSING CASE

---

On December 11, 2018, the parties filed a Stipulation for Dismissal. Dkt. No. 25. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED** on its merits, with prejudice, and without costs or further notice to any party.

Dated in Milwaukee, Wisconsin this 12th day of December, 2018.

                                             **BY THE COURT:**

                                             _____
                                             **HON. PAMELA PEPPER**
                                             **United States District Judge**